**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Red River Resources, Inc., ) | No. CV 11-02589-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Mariner Systems, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

The court has before it plaintiff's motion to postpone the dismissal of Carlos Collazo (doc. 33) and defendants' statement of no objection (doc. 43). On February 16, 2012, the court notified the parties that the claims against defendant Collazo would be dismissed on April 13, 2012 unless the bankruptcy stay had been lifted or a request for lifting of the stay had not been ruled upon. (Doc. 24). Plaintiff asks that the dismissal of Collazo be postponed until June 20, 2012, because pending motions to dismiss the bankruptcy proceeding will be heard in May.

We fail to see how the pending motions in the bankruptcy court have prevented plaintiff from moving to have the stay lifted. We have a Rule 16 Scheduling Conference set on June 15, 2012. The Rule 16 order must either include or exclude Collazo. The conditions of our order of February 16, 2012 (doc. 24) not having been met, **IT IS ORDERED DENYING** the motion to postpone the dismissal of Carlos Collazo. (Doc. 33).

DATED this 11th day of April, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge