IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RED RIVER RESOURCES, INC.,<br><br>                         Plaintiff,<br><br>    vs.<br><br>MARINER SYSTEMS, INC., et al.,<br><br>                         Defendants.<br>_____<br>MARINER SYSTEMS, INC.,<br><br>                         Counterclaim-Plaintiff,<br><br>    vs.<br><br>RED RIVER RESOURCES, INC., et al.,<br><br>                         Counterclaim-Defendants. | No. 2:11-cv-2589-H.R.H. |

O R D E R

Case Status

The court is in receipt of the Special Master's status report and recommendations of September 19, 2013.[1]  The recommendations of the Special Master are accepted.

On or before Friday, September 27, 2013, plaintiff and defendant Collazo shall provide the court with a copy of their settlement agreement, together with each party's proposed form of judgment.

Unless plaintiff and defendant Collazo agree otherwise, they shall serve and file simultaneously – on October 4, 2013 – their arguments in favor of their respective form

---

[1] Docket No. 214.

Order – Case Status                                                                                                                                                                                          - 1 -

of judgment and in opposition to the opposing party's proposed form of judgment. Either party may serve and file a reply memorandum on or before October 8, 2013. A party's opening memorandum shall not exceed 10 pages and a reply memorandum shall not exceed 5 pages.

    The court thanks the Special Master for his assistance.

    DATED at Anchorage, Alaska, this <u>20th</u> day of September, 2013.

                                  <u>/s/ H. Russel Holland</u>
                                  United States District Judge